# EXHIBIT B



Archives    Press Contacts    Agency Listservs    Subscribe

Home  >  News (Knowledge Base)

# Gov. Rhoden Calls Attorney General to Investigate Abortion Advertising Campaign



Today, Governor Larry Rhoden urged Attorney General Marty Jackley to investigate a new abortion ad campaign, which appears to conflict with South Dakota's proud pro-life stance.

Date published: 12/09/2025

Copy Permalink

FOR IMMEDIATE RELEASE
December 9, 2025
Contact: Josie Harms

Gov. Rhoden Calls Attorney General to Investigate Abortion Advertising Campaign

PIERRE, S.D. – Today, Governor Larry Rhoden urged Attorney General Marty Jackley to investigate a new abortion ad campaign, which appears to conflict with South Dakota's proud pro-life stance. He made this request in a letter, which you can find here. The Attorney General quickly agreed to pursue the investigation.

"South Dakota has the most pro-life laws in the nation – I am proud of that fact," wrote **Governor Larry Rhoden.** "This advertising campaign threatens the lives of children yet to be born in our state, and it also threatens the health of South Dakota mothers, as chemical abortions are four times as likely to cause a mother to end up in the emergency room."

According to KELOLAND News, Mayday Health is advertising abortion pills at 30 gas stations in 20 South Dakota cities. This campaign is potentially in violation of South Dakota's pro-life laws, including SDCL 22-17-5.1 and 36-4-8, or could even be a deceptive trade practice.

"All ad campaigns, no matter what the issue, need to follow state laws and fair trade practices," said **Attorney General Marty Jackley.** "We will review these ads and determine if any laws have been broken. If laws have been broken, we will take appropriate action."

"I thank you in advance for investigating this matter and defending both South Dakota moms and their babies. My team will continue working with yours to assess whether this issue needs to be addressed with further legislation," continued **Governor Rhoden.**

The Noem-Rhoden Administration banned chemical abortions via telemedicine with HB 1318 in 2022. Abortion became illegal in South Dakota, except to save the life of a pregnant mother, following the United States Supreme Court's *Dobbs* decision in 2022, and South Dakota voters ratified that law with the defeat of Amendment G in 2024.

###