# EXHIBIT C



—— STATE OF SOUTH DAKOTA ——

# OFFICE OF THE GOVERNOR

LARRY RHODEN | GOVERNOR

December 9, 2025

The Honorable Marty Jackley
South Dakota Attorney General
1302 E. Hwy 14
Pierre, SD 57501

Dear General Jackley,

It has come to my attention that an out-of-state organization, Mayday Health, appears to be advertising an illegal service in the state of South Dakota. I urge you to investigate accordingly. According to *KELOLAND News*, this organization is advertising abortion pills at 30 gas stations in 20 South Dakota cities, potentially in violation of South Dakota's pro-life laws, including SDCL 22-17-5.1 and 36-4-8.

South Dakota has the most pro-life laws in the nation – I am proud of that fact. Our voters resoundingly supported those laws with the defeat of Amendment G in the last election. This advertising campaign threatens the lives of children yet to be born in our state, and it also threatens the health of South Dakota mothers, as chemical abortions are four times as likely to cause a mother to end up in the emergency room.

Mayday Health's website advertises several abortion pill providers that "Ship to all 50 states," which would presumably include South Dakota. Their own comments to *KELOLAND News* also make clear that they are facilitating the mailing of pills into our state, which would be illegal under the telemedicine abortion ban signed during the Noem-Rhoden Administration.

I thank you in advance for investigating this matter and defending both South Dakota moms and their babies. My team will continue working with yours to assess whether this issue needs to be addressed with further legislation.

Sincerely,

*Larry Rhoden*

Larry Rhoden
Governor

STATE CAPITOL | 500 EAST CAPITOL | PIERRE, SOUTH DAKOTA | 605.773.3212