# EXHIBIT E

STATE OF SOUTH DAKOTA



# OFFICE OF ATTORNEY GENERAL

1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501

**MARTY J. JACKLEY**  Phone (605) 773-3215  **BRENT K. KEMPEMA**
ATTORNEY GENERAL  Fax (605) 773-4106  CHIEF DEPUTY
http://atg.sd.gov

December 10, 2025

Olivia Raisner
Mayday Medicines Inc.
442 5th Ave 1648
New York, NY 10018

**RE: CEASE AND DESIST**

Dear Ms. Raisner,

The Office of the South Dakota Attorney General is the chief law enforcement officer and consumer protection advocate for the State of South Dakota.  The South Dakota Attorney General is therefore empowered to investigate business practices and enforce consumer protection laws where violations exist.

Recently, the South Dakota Attorney General received information that Mayday Medicines Inc. advertises abortion resources indicating that abortion-inducing pills may be obtained in all 50 states, including South Dakota. Abortions are prohibited in South Dakota under SDCL 22-17-5.1, except for specific, extenuating circumstances. SDCL 22-17-5.1 specifically criminalizes administering to and prescribing or procuring for "any pregnant female any medicine, drug, or substance . . . to procure an abortion[.]"

Your advertisement directs South Dakota consumers to resources that insinuate abortion-inducing pills are legal in South Dakota, while also urging women not to seek medical care after taking abortion pills and to keep their abortion a secret.

For example, your advertisement directs consumers to Abuzz.[1]  When the State of South Dakota is selected for state-specific resources on abortion-inducing pills, Abuzz provides "information" to South Dakota consumers through Plan C.  In a section entitled—"Is this legal? Can someone get in trouble for using abortion pills?"— consumers are advised "research shows that hundreds of thousands of people have received and used pills by mail over the past few years with no legal problems."  Likewise, in a section entitled—"How do people get in trouble?"— consumers are advised "the most common ways people have gotten in trouble" are when they "told someone about their abortion," they "got follow-up medical care and

---

1.   Abuzz's mission is "to expand access to abortion by linking people to accurate information, pills by mail, and clinician support if desired."

the provider reported them," or they "were later in pregnancy than they thought and didn't know what to do with the fetal tissue."

In South Dakota, we do not punish women who undergo abortion. *See* SDCL 22-17-5.2.  The criminal liability falls on the individual who administered the abortion or prescribed or procured the abortion-inducing pills, despite the deceptive and self-protective advice provided through your advertisement.

Moreover, Mayday's website states that "[a]bortion pills are safe and effective."  But a recent study found that "real-world insurance claims data for 865,727 prescribed mifepristone abortions" shows a "serious adverse event rate of 10.93 percent."  Jamie Bryan Hall & Ryan T. Anderson, *The Abortion Pill Harms Women: Insurance Data Reveals One in Ten Patients Experiences a Serious Adverse Event*, Ethics and Public Policy Center (Apr. 28, 2025), https://tinyurl.com/wxhfswdf.

Based on this information, it appears that your business practices constitute a deceptive act or practice under SDCL Ch. 37-24, the South Dakota Deceptive Trade Practices and Consumer Protection Act.  The Attorney General of South Dakota therefore demands that you **IMMEDIATELY CEASE AND DESIST** from conducting any advertising related to the delivery of abortion drugs to the State of South Dakota.

If you refuse to comply, the South Dakota Attorney General may bring a lawsuit against you for violations of the South Dakota Deceptive Trade Practices and Consumer Protection Act under SDCL Ch. 37-24.  If successful, you may face felony criminal consequences or civil penalties up to $5,000 per violation.

To avoid further action, please notify the South Dakota Attorney General of the steps you have taken to remedy this situation by December 19, 2025.  Your response should be in writing and addressed to:

Marty J. Jackley
South Dakota Attorney General
South Dakota Office of Attorney General
1302 E. S.D. Hwy 1889, Suite 1
Pierre, SD 57501

Alternatively, you may respond by email to atghelp@state.sd.us.  You may also use this email address to communicate any questions or concerns about this letter.

Sincerely,

*Marty J Jackley*

Marty J. Jackley,
South Dakota Attorney General