AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00078-KPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARTY J. JACKLEY, Attorney General of South Dakota
was received by me on *(date)* 01/08/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chief Deputy Brent Kempema , who is designated by law to accept service of process on behalf of *(name of organization)* the South Dakota Attorney General's Office on *(date)* 01/08/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/08/2026

*Server's signature*

Katie Big Eagle, Process Server
*Printed name and title*

ServeNow SD
203 Rockford Rd
Pierre, SD 57501
*Server's address*

Additional information regarding attempted service, etc:
Service was completed on Brent Kempema, Chief Deputy Attorney General for the South Dakota Attorney General's Office, at 10:15 am on 1/8/2026, located at 1302 E Highway 14, Suite 1, Pierre, SD 57501, who indicated that he was authorized to accept service on behalf of Marty Jackley, Attorney General of South Dakota, in his official capacity.