UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYDAY HEALTH,<br><br>      Plaintiff,<br><br>  v.<br><br>MARTY J. JACKLEY, Attorney General of South Dakota, in his official capacity,<br><br>      Defendants. | Case No. 1:26-cv-00078-KPF |

### NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiff Mayday Health will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, on a date to be determined by the Court, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure, granting Plaintiff's motion for a preliminary injunction. Mayday respectfully requests an order preliminarily enjoining Defendant Marty J. Jackley, the Attorney General of South Dakota, from (1) taking any action, formal or informal, to pressure or force Mayday to take down the truthful public health information on its website, or the signs it has published publicizing that website, and from (2) taking any action, formal or informal, to pressure or force Mayday to refrain from publishing truthful public health information to South Dakotans in the future, both on its website and in signs and other offline communications publicizing its website.

  In support of this motion, Plaintiff relies upon the accompanying (1) Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction; (2) Declaration of Adam Sieff and the exhibits annexed thereto; and (3) Declaration of Liv Raisner.

Dated: January 14, 2026

                Respectfully submitted,

                By: */s/*     *Adam S. Sieff*
                         Adam S. Sieff

| | |
|---|---|
| Adam S. Sieff* | Chelsea T. Kelly (SDNY No. CK2016) |
| DAVIS WRIGHT TREMAINE LLP | Laura R. Handman (SDNY No. RH5353) |
| 350 South Grand Avenue, 27th Floor | DAVIS WRIGHT TREMAINE LLP |
| Los Angeles, California 90071-3487 | 1301 K Street NW, Suite 500 East |
| 213.663.6800 (tel) | Washington, D.C. 20005-3317 |
| adamsieff@dwt.com | 202 973.4200 (tel) |
| | chelseakelly@dwt.com |
| | laurahandman@dwt.com |
| Ambika Kumar* | |
| Nicole Saad Bembridge* | *Admitted *pro hac vice* |
| DAVIS WRIGHT TREMAINE LLP | |
| 920 Fifth Avenue, Suite 3300 | |
| Seattle, Washington 98104-1610 | |
| 206.622.3150 (tel) | |
| ambikakumar@dwt.com | |
| nicolesaadbembridge@dwt.com | |

*Attorneys for Plaintiff Mayday Health*

**AFFIRMATION OF SERVICE**

     I, Adam Sieff, undersigned counsel for Plaintiff Mayday Health, affirm that my office will be serving the aforementioned Notice of Motion for Preliminary Injunction and accompanying papers on Defendant, Marty J. Jackley, via personal service and certified mail at the Office of the Attorney General of South Dakota, 1302 S.D. E. Highway 1889, Suite 1, Pierre, South Dakota 57501-8501, as Defendant has not yet entered an appearance in this case.

Dated:  January 14, 2026                 By: /s/     *Adam S. Sieff*
                                                         Adam S. Sieff