

Adam S. Sieff
adamsieff@dwt.com
213.633.8618

Chelsea T. Kelly
chelseakelly@dwt.com
202.973.4250

**MEMO ENDORSED**

January 21, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom: 618
New York, NY 10007

Re:  *Mayday Health v. Jackley*, 1:26-cv-00078-KPF

To the Chambers of Judge Failla:

     Pursuant to the Court's instruction, counsel for the parties have conferred regarding their availability for a hearing on Plaintiff's motion for a preliminary injunction (ECF Nos. 14-15).  The parties are available on Thursday, January 29, 2026 at 4:00 p.m. ET.  On the morning of the hearing, Attorney General Jackley intends to fly to New York, and travel immediately to the courthouse in the afternoon.  Should complications arise with travel, Attorney General Jackley requests the ability to appear remotely.  Plaintiff's counsel will also travel to appear in person, and also request the opportunity to appear remotely should complications arise with their travel.

     Attorney General Jackley proposes filing the opposition to Plaintiff's motion on January 26, and if the Court adopts that date, Plaintiff proposes filing its reply on January 28.  Additionally, if the Court does not issue a ruling on January 29, 2026, the parties have stipulated and agreed that, subject to this Court's approval, the relief granted in the Court's temporary restraining order (ECF No. 23) may be extended for a reasonable amount of time until the Court rules on Plaintiff's preliminary injunction motion.

Thank you,

DAVIS WRIGHT TREMAINE LLP

Adam S. Sieff
Chelsea T. Kelly

*Counsel for Plaintiff Mayday Health*

DWT.COM

Applications GRANTED.  The Court will hold the hearing on Plaintiff's motion for a preliminary injunction on **January 29, 2026,** at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Should the parties encounter issues with travel, they may appear remotely.  In that event, the parties shall notify the Court in advance of the hearing so that it may arrange for their virtual appearances.

The Court ADOPTS the parties' proposed briefing schedule.  Defendant shall submit his opposition on or before **January 26, 2026** at **5:00 p.m.**  Plaintiff shall submit its reply on or before **January 28, 2026** at **5:00 p.m.**

Dated:     January 21, 2026           SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE