UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYDAY HEALTH,<br><br>                           Plaintiff,<br><br>                -v.-<br><br>MARTY J. JACKLEY, *Attorney General of South Dakota, in his official capacity*,<br><br>                           Defendant. | 26 Civ. 78 (KPF)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record at the February 11, 2026 telephonic conference, the Court DENIES Plaintiff's motion for a preliminary injunction. (*See* Dkt. #14). The Clerk of Court is directed to terminate the pending motions at docket entries 14 and 20.

In addition, given the manner of its resolution of Plaintiff's motion, the Court ORDERS the parties to show cause in writing on or before **March 2, 2026**, why it should not dismiss this case for lack of jurisdiction. Defendant's obligation to answer, move, or otherwise respond to the complaint is held in abeyance pending the disposition of this Order to Show Cause.

        SO ORDERED.

Dated:   February 11, 2026
         New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge