# Exhibit 2

```
                                                                          1

 1   STATE OF SOUTH DAKOTA)           IN CIRCUIT COURT
                         SS
 2   COUNTY OF HUGHES    )            SIXTH JUDICIAL CIRCUIT
     ─────────────────────────────────────────────────────
 3                                )
     STATE OF SOUTH DAKOTA,        )    32CIV25-339
 4                                )
        Plaintiff,                )    TRANSCRIPT OF
 5                                )    MOTIONS HEARING
     vs.                          )
 6                                )
     MAYDAY MEDICINES, INC.,      )
 7   d/b/a MAYDAY HEALTH, and     )
     ALLOVER, LLC, d/b/a          )
 8   MOMENTARA,                   )
                                  )
 9      Defendants.               )
                                  )
10   ─────────────────────────────────────────────────────

11              BEFORE:  THE HONORABLE MARGO NORTHRUP,
                Circuit Court Judge of the Sixth Judicial
12              Circuit, on the 20th day of February, 2026.

13                      ─────────────────────

14   APPEARANCES:

15                      MR. MARTY JACKLEY
                        MS. AMANDA MIILLER
16                      MR. JACOB DEMPSEY
                        Attorney General's Office
17                      1302 E. Hwy 14
                        Pierre, South Dakota  57501;
18
                        Attorney for the Plaintiff.
19

20                      MR. JAMES LEACH
                        Attorney at Law
21                      1617 Sheridan Lake Road
                        Rapid City, South Dakota  57702;
22
                        Attorney for the Defendants.
23

24

25
```

**2**

1  (The following was transcribed from digital
2  recording.)
3  THE COURT: All right. Let's go ahead and go
4  on the record. This is the time and place scheduled
5  for a hearing in the State of South Dakota v. Mayday
6  Medicines, Incorporated, doing business as Mayday
7  Health and Allover, LLC, doing business as Momentara.
8  Why don't we start with the attorneys noting
9  their appearance for the record and we can start on
10 behalf of the State.
11 MR. DEMPSEY: Your Honor, Jake Dempsey
12 representing the State. I'm here with Attorney
13 General Marty Jackley and Assistant Attorney General
14 Mandy Miiller.
15 THE COURT: All right. Thank you.
16 MR. LEACH: Your Honor, Jim Leach specially
17 appearing for Mayday.
18 THE COURT: All right. Thank you. All right.
19 Well, the purpose of the hearing today was to address
20 some of the Court's jurisdictional concerns but I got
21 notice that the State on Wednesday have served a
22 Summons and Complaint on Mayday and so I'm just
23 wondering what the purpose of the hearing is today at
24 this point. Do you still contest what -- the
25 jurisdiction issues existing?

**3**

1  MR. LEACH: Absolutely, Your Honor. To
2  explain, when we filed our motion, you know, we had
3  what we had and we think it's clear there is no
4  jurisdiction. I'm prepared to argue that. I will
5  argue that unless we're going to have some kind of
6  stipulation.
7  Now, apparently, the Summons and Complaint -- a
8  Summons and Complaint was served on February 18th. I
9  say apparently because I don't actually know what
10 happened. I just received a bunch of papers yesterday
11 afternoon. If that's the case, then they have at
12 least attempted to start a completely new action, not
13 this action.
14 This action was never properly commenced for
15 the reasons that I'll explain if we get into the
16 merits and without it being properly commenced, the
17 Court's only option is to dismiss. If they have in
18 fact commenced a new action, then that will proceed as
19 any new action proceeds but I certainly am not here to
20 appear in any capacity with respect to the possible
21 new action.
22 THE COURT: All right. And so your position is
23 that the Summons -- by filing the Summons and
24 Complaint, they haven't cured the jurisdictional
25 issues that existed when they started the file; is

**4**

1  that correct?
2  MR. LEACH: That's right. I don't think
3  they're curable. I think what it may have done is to
4  commence an action for the first time because we know
5  there's no action before there's a Summons issued and
6  properly served, and I don't even know right now if
7  the Summons was properly served or not. That's
8  something that certainly we will be looking at but
9  right now I have no idea.
10 THE COURT: All right. Thank you.
11 What is the State's position?
12 MR. DEMPSEY: Your Honor, this action was
13 properly commenced in the first place. As I've laid
14 out in my briefing -- well, first of all, this Court
15 has personal jurisdiction. The Defendant hasn't
16 really contested it regarding the -- (inaudible) -- of
17 contact so presumably they agreed. But there's been
18 purposeful availment to our advertising market and so
19 the Court has personal jurisdiction. That argument is
20 laid out in the pre-hearing brief on jurisdiction
21 procedure.
22 Regarding the present argument, this is a
23 special civil enforcement action under 37-24-23. I
24 laid out in my reply brief there are many cases,
25 including the Matter of Carver case where the Supreme

**5**

1  Court recognized as recently as 2024 that an action
2  can be commenced without a Summons and Complaint when
3  the statute allows for it and that creates the
4  proceeding. 37-24-23 is just such an action --
5  THE COURT: Mr. Dempsey, then how do you
6  explain State v. Western Capital Corporation,
7  290 N.W.2d 467, which is a 1990 case? I don't believe
8  either of the parties cited it but it says that, and
9  I'll quote, "The Supreme Court has recognized that
10 cases brought under 37-24-6 are criminal in nature and
11 when the State brings an action for an injunction
12 pursuant to SDCL 37-24-23, it is a civil proceeding."
13 It seems to me that that's directly on point, that
14 this case is a regular civil proceeding. I don't see
15 the words special enforcement action anywhere in the
16 code so explain to me how this is distinguishable from
17 your position.
18 MR. DEMPSEY: So under the consumer protection
19 statute, a case can be brought either criminally or
20 civilly.
21 THE COURT: Correct, and that's what this case
22 stands for.
23 MR. DEMPSEY: The civil action is found in
24 23 -- 37-24-23 and the plain language of that statute
25 says that it's commenced upon the giving of

6

1  appropriate notice. 15-6-81(a) says that actions can
2  be commenced in ways other than the standard Summons
3  and Complaint, including but not limited to Appendix A
4  of that statute. And then we have In the Matter of
5  Carver, we have In Re: K --
6      THE COURT: Which is an abuse and neglect
7  matter; correct?
8      MR. DEMPSEY: Yes, but those are cases, civil
9  proceedings that are commenced without a Summons and
10 Complaint and the court held that they're able to do
11 that because those are not -- it's in the statute that
12 there's a special way to commence it.
13     So here we have upon giving of appropriate
14 notice in 37-24-16 and 37-24-16 lays out what
15 appropriate notice is. It explicitly excludes a
16 Complaint in sub 3 as if a Complaint were filed or
17 other filing that started a civil proceeding so that
18 explicitly conflicts with that statute. That means
19 that under the Carver case, under the D.K. case we're
20 under a special statutory method of commencement and
21 that's found in 37-24-16 and 37-24-23. The State has
22 complied with those.
23     THE COURT: Let's assume that the Court
24 disagrees. And has the Summons and Complaint that was
25 filed this week cured those defects?

7

1      MR. DEMPSEY: Yes, absolutely. The State's
2  position is that the issues are rendered moot. The
3  Summons and Complaint wasn't necessary but we have a
4  public health emergency going on. We want to get to
5  the merits on the injunction so that we can put a stop
6  to that.
7      THE COURT: All right. And so what is your
8  suggestion on a path forward?
9      MR. DEMPSEY: We continue, that if the Court
10 finds that this was a valid action, that there's also
11 been a Summons and Complaint that would have cured any
12 potential defect, had it existed, there's no reason to
13 say that there's a new action. We could just stay in
14 this file and file it on this record.
15     THE COURT: Okay. Thank you.
16     Would you like to respond, Mr. Leach?
17     MR. LEACH: Sure. Just to clear out one point
18 that my colleague just made, we haven't agreed to
19 anything. He said that, well, we haven't objected to
20 in personam jurisdiction. We just haven't addressed
21 that at this point because there's been no reason to
22 because transparently there was no action commenced.
23     As to the merits, I think everybody here
24 learned that -- a long time ago that an action is
25 commenced by proper service of a Summons. Here there

8

1  was no Summons until February 18th, and there was no
2  proper service until at least February 18th and, as I
3  said, I don't know if there was proper service then or
4  not. That's one thing we'll be looking at.
5      The State's entire theory rested on this
6  statute 37-24-23 and I'm prepared to walk through
7  that. I brought an extra hard copy for you and the
8  State if you'd like one.
9      THE COURT: I have a copy, thank you.
10     MR. LEACH: Okay. So it says the Attorney
11 General may bring an action. Sounds good. We all
12 know what an action is and we all know that an action
13 is commenced by filing and serving in the proper
14 manner a Summons -- in the name of the State to
15 restrain by temporary or permanent injunction. That's
16 just fine. That's rule 65. Rule 65 has its own
17 procedures and we know that's part of the Rules of
18 Civil Procedure and starts with a Compliant and
19 Summons.
20     And then it says upon the giving of appropriate
21 notice to that person -- appropriate notice, of
22 course, being a fundamental element of due process --
23 and it then says what the notice shall state. It
24 shall state generally the relief sought, be served in
25 accordance with 37-24-16, and at least three days

9

1  before any hearing in the action.
2      So I go from there to look at 37-24-16 and what
3  it says under subsection 3 is, as to any person other
4  than a natural person -- that's Mayday. Mayday
5  obviously is a corporation. It's not a natural
6  person -- in the manner provided in the Rules of Civil
7  Procedure as if a Complaint or other pleading which
8  institutes a civil proceeding -- civil proceeding has
9  been filed.
10     Well, okay, so let's look at those Rules of
11 Civil Procedure. Takes us straight to 15-6-4(d) which
12 says the Summons shall be served by delivering a copy
13 thereof and subparagraph 1, if the action is against a
14 business entity, on the president, partner or other
15 head of the entity, officer, director or registered
16 agent thereof. Well, the State finally did that,
17 allegedly, on February 18th but never before then.
18     There's no proper service of the notice
19 pursuant to 37-24-16, the notice coming from 37-24-23,
20 if you work through those statutes and it makes sense
21 what they're doing because you got to have personal
22 service of a Summons to commence an action and bring
23 the Defendant into court and jurisdiction.
24 Fundamental components of due process.
25     The case Black v. Circuit Court of the Eighth

10

1  Judicial Circuit I think is the one most on point.
2  And you're correct; I did not cite the case you
3  mentioned. I didn't find that case. But in Black
4  we've got a statute that says that when there's a
5  nuisance, the State's Attorney or citizen may maintain
6  an action to enjoin it. And it says three days'
7  notice in writing shall be given the Defendant of the
8  hearing in the application, exactly like the statute
9  we have here.
10         And so the State's Attorney decides to use
11 this. He files his motion. He gives three days'
12 notice in writing. The Defendants appear and they say
13 well, Your Honor, there's no jurisdiction because
14 there's no Summons and the Circuit Court disagrees,
15 enters relief. The state court -- I'm sorry -- the
16 Supreme Court grants the Writ of Certiorari because
17 there's no Summons.
18         Final paragraph, when the legislature stated
19 the State's Attorney may maintain an action in equity,
20 it meant a civil action. Civil actions shall be
21 commenced by the service of a Summons. Because there
22 was no Summons, no jurisdiction. Circuit Court
23 reversed, annulled and vacated.
24         The State's attempt to distinguish this case,
25 their sole attempt as I read it is that Black was an

11

1  action in equity, whereas the statute here does not
2  say it's in equity. But the fact that that was an
3  action in equity makes no difference. It was a civil
4  action. A civil action, you need a Summons, you need
5  proper service.
6          In addition, if it makes any difference, this
7  is an equitable action. It's not an action at law.
8  It's not an action for damages. It's an action in
9  equity seeking an injunction so this is indeed an
10 action in equity so Black, I believe, is
11 indistinguishable.
12         So bottom line, we have no Summons until
13 February 18th. We have no service until perhaps at
14 earliest, February 18th, and the Court's only option
15 is to dismiss.
16         As far as the new Summons that was issued and
17 allegedly served and the new Complaint that was
18 issued, we have the same rights we would have and we
19 do have with any other Summons and Complaint. We have
20 rights to challenge service. We have rights to bring
21 appropriate motions. And we haven't had time to even
22 begin to consider what we're going to do so that's why
23 it doesn't cure anything because we haven't had our
24 due process to address that Summons and Complaint in
25 the same manner in which we addressed the original

12

1  attempt to commence a proceeding back when this was
2  filed in late December.
3          I do want to just address sort of the emotional
4  hook that the State offered you at the end there where
5  it says, well, we've got a public health emergency.
6  Well, I have a thought on both fact and the law with
7  respect to that. My thought with respect to the fact
8  is it's been two and a half months since those notices
9  went out. We haven't seen any actual evidence of any
10 harm to anybody so the public health emergency I think
11 is not supported by the record when we get the emotion
12 out of it.
13         And then finally, as far as the alleged
14 emergency and its effect on due process, I'm reminded
15 of what Sir Thomas More wrote -- I'm sorry -- what was
16 written in the play that Sir Thomas More was a
17 character and Sir Thomas More says at the end, he
18 says, Well, when the last wall was down and the devil
19 turned around on you, who would you look to then for
20 help?
21         And so all we're asking is that the law be
22 enforced as it is as we all recognize that -- as I
23 think we all recognize that it is and that we not --
24 we not disregard the law solely for the purpose of
25 achieving an end that the State considers appropriate.

13

1  Thank you.
2          THE COURT: All right. Thank you.
3          Mr. Dempsey, anything in response?
4          MR. DEMPSEY: Yes, I do have several comments
5  in response, Your Honor.
6          So regarding the Black case, the action in
7  equity language in the statute is very important to
8  the Court. They said that this should have been
9  commenced with a Summons and Complaint because it's an
10 action in equity and then they likened that to
11 meaning -- they said this means that it falls under
12 the general civil procedure statutes. So it's
13 entirely inapplicable because the court is saying
14 because it's an action in equity, it is part of the
15 general process. Here we have a special statutory
16 process.
17         And earlier I referenced a case I called D.K.
18 It's actually N.K., In the Matter of N.K., just to
19 correct and clarify. That case is an abuse and
20 neglect that started with a Petition; however, the
21 case is about a revocable trust. It started with a
22 Petition. There is a Devitt v. Hayes case that we
23 know that small claims cases aren't started with a
24 Summons and Complaint.
25         To accept the Defendant's argument would be to

14

1  ignore the language of the statute, the plain language
2  of 37-24-23 and 16, and to ignore the reasoning in all
3  of these cases that when statute permits it, a process
4  that is due is the commencement of an action under
5  that statute.
6       Finally, in making its plain language argument
7  defense counsel ignores that it says upon the giving
8  of appropriate notice, the action is commenced upon
9  giving appropriate notice.  I did not hear him note
10 that.
11      And finally, the -- (inaudible) -- that the
12 Complaint had been filed language in 16 explicitly
13 contradicts that the Complaint -- and I would note
14 there's been a lot of discussion about we didn't do
15 anything until the 18th.  Well, there was a federal
16 lawsuit filed that there was a restraining order
17 entered against the Attorney General and so the reason
18 nothing was done until the 18th is because we were
19 operating under that order.
20      THE COURT:  Do you have any case law that says
21 that enforcement actions that are brought by the
22 Attorney General don't follow the Rules of Civil
23 Procedure?
24      MR. DEMPSEY:  I could not find a case that said
25 that specifically.

15

1       THE COURT:  Okay.  Thank you.
2       All right.  Well, it's clear to me that the
3  action wasn't started until February 18th,
4  purportedly.  I think that we still have or the
5  defense still has all rights that they would have had
6  at that point.  I think any -- I didn't have
7  jurisdiction until that it was served and obviously
8  will determine --
9       MR. LEACH:  Your Honor?
10      THE COURT:  That's okay.  Louder?
11      MR. LEACH:  I'm apologizing.  My hearing is not
12 what is used to be --
13      THE COURT:  That's okay.
14      MR. LEACH:  -- even with my hearing aids.  I
15 had you at the beginning but then I lost you for a
16 moment.  Thank you.
17      THE COURT:  All right.  My ruling is that this
18 action wasn't commenced, purportedly, until
19 February 18th of this year.  That is the date that the
20 Court has jurisdiction and so I don't think we need to
21 start a new file number, a new action.
22      I think you've cured my concerns and so the
23 next question is timing and scheduling.  Do we want to
24 schedule a trial on the permanent injunction or do the
25 parties wish to have a hearing on preliminary and

16

1  permanent separately or is it too soon to make that
2  decision?
3       MR. LEACH:  Well, Your Honor, I would like for
4  a chance to address this with the State early next
5  week, Monday, because there are a bunch of attorneys
6  other than me who are handling everything other than
7  jurisdiction.  They're handling all the substantive
8  issues and they've been good to work with and I think
9  if we can have a chance to address this with the
10 State, that's going to be the best way to proceed.
11      What I know is that I'm not competent or
12 qualified to tell you today how we want to proceed
13 because all those issues are at their head, not my
14 head.
15      THE COURT:  Mr. Dempsey, any response to that?
16      MR. JACKLEY:  May I respond to that, Your
17 Honor?
18      THE COURT:  Go ahead, Mr. Jackley.
19      MR. JACKLEY:  This is a pretty straightforward
20 process.  It's a straightforward preliminary permanent
21 injunction case.  The State is asking for a trial.
22      THE COURT:  All right.  So what I would like
23 you to do is reach out to Ms. Lewis.  We'll get a
24 trial date on the calendar.
25      I did already advise, I guess by e-mail, my

17

1  understanding is that when Mayday filed their brief it
2  also talked about the substantive matters.  I want a
3  response from the State prior to any trial in response
4  to that and then allow Mayday to reply so there is
5  going to have to be some time frame so that I can get
6  the appropriate briefing I need to be ready for the
7  trial.  I don't think that's going to be next week or
8  the week after.  It might be a little bit but I want
9  to make sure you keep that in mind.  I want to be
10 prepared when it's time to hear this.  Anything else?
11      MR. LEACH:  I don't think so, Your Honor.
12 Thank you.
13      THE COURT:  All right.  Thank you.  We'll be in
14 recess.
15      (Proceedings concluded.)

```
                                                  18
 1   STATE OF SOUTH DAKOTA)
 2              SS         CERTIFICATE
 3   COUNTY OF HUGHES    )
 4
 5        I, Mona G. Weiger, court reporter, do hereby
 6   certify that the Transcript of Hearing contained on the
 7   foregoing pages was reduced to stenographic writing by
 8   me from digital recording and thereafter transcribed to
 9   the best of my ability, and that the foregoing is a
10   full, true and complete transcript of my shorthand notes
11   of the recorded proceedings had at the time and place
12   set forth above.
13        Dated this 27th day of February, 2026.
14
15           /s/ Mona G. Weiger
16           Mona G. Weiger
17           Court Reporter
18
19
20
21
22
23
24
25
```

# 1

**1** [1] - 9:13
**15-6-4(d** [1] - 9:11
**15-6-81(a** [1] - 6:1
**16** [2] - 14:2, 14:12
**18th** [10] - 3:8, 8:1, 8:2, 9:17, 11:13, 11:14, 14:15, 14:18, 15:3, 15:19
**1990** [1] - 5:7

# 2

**2024** [1] - 5:1
**23** [1] - 5:24
**290** [1] - 5:7

# 3

**3** [2] - 6:16, 9:3
**37-24-16** [6] - 6:14, 6:21, 8:25, 9:2, 9:19
**37-24-23** [8] - 4:23, 5:4, 5:12, 5:24, 6:21, 8:6, 9:19, 14:2
**37-24-6** [1] - 5:10

# 4

**467** [1] - 5:7

# 6

**65** [2] - 8:16

# A

**able** [1] - 6:10
**absolutely** [2] - 3:1, 7:1
**abuse** [2] - 6:6, 13:19
**accept** [1] - 13:25
**accordance** [1] - 8:25
**achieving** [1] - 12:25
**action** [45] - 3:12, 3:13, 3:14, 3:18, 3:19, 3:21, 4:4, 4:5, 4:12, 4:23, 5:1, 5:4, 5:11, 5:15, 5:23, 7:10, 7:13, 7:22, 7:24, 8:11, 8:12, 9:1, 9:13, 9:22, 10:6, 10:19, 10:20, 11:1, 11:3, 11:4, 11:7, 11:8, 11:10, 13:6, 13:10, 13:14, 14:4, 14:8, 15:3, 15:18, 15:21
**actions** [3] - 6:1, 10:20, 14:21
**actual** [1] - 12:9
**addition** [1] - 11:6
**address** [5] - 2:19, 11:24, 12:3, 16:4, 16:9
**addressed** [2] - 7:20, 11:25
**advertising** [1] - 4:18
**advise** [1] - 16:25
**afternoon** [1] - 3:11
**agent** [1] - 9:16
**ago** [1] - 7:24
**agreed** [2] - 4:17, 7:18
**ahead** [2] - 2:3, 16:18
**aids** [1] - 15:14
**alleged** [1] - 12:13
**allegedly** [2] - 9:17, 11:17
**Allover** [1] - 2:7
**allow** [1] - 17:4
**allows** [1] - 5:3
**annulled** [1] - 10:23
**apologizing** [1] - 15:11
**appear** [2] - 3:20, 10:12
**appearance** [1] - 2:9
**appearing** [1] - 2:17
**Appendix** [1] - 6:3
**application** [1] - 10:8
**appropriate** [10] - 6:1, 6:13, 6:15, 8:20, 8:21, 11:21, 12:25, 14:8, 14:9, 17:6
**argue** [2] - 3:4, 3:5
**argument** [4] - 4:19, 4:22, 13:25, 14:6
**Assistant** [1] - 2:13
**assume** [1] - 6:23
**attempt** [3] - 10:24, 10:25, 12:1
**attempted** [1] - 3:12
**Attorney** [8] - 2:12, 2:13, 8:10, 10:5, 10:10, 10:19, 14:17, 14:22
**attorneys** [2] - 2:8, 16:5
**availment** [1] - 4:18

# B

**begin** [1] - 11:22
**beginning** [1] - 15:15
**behalf** [1] - 2:10
**best** [1] - 16:10
**bit** [1] - 17:8
**Black** [5] - 9:25, 10:3, 10:25, 11:10, 13:6
**bottom** [1] - 11:12
**brief** [3] - 4:20, 4:24, 17:1
**briefing** [2] - 4:14, 17:6
**bring** [3] - 8:11, 9:22, 11:20
**brings** [1] - 5:11
**brought** [4] - 5:10, 5:19, 8:7, 14:21
**bunch** [2] - 3:10, 16:5
**business** [3] - 2:6, 2:7, 9:14

# C

**calendar** [1] - 16:24
**capacity** [1] - 3:20
**Capital** [1] - 5:6
**Carver** [3] - 4:25, 6:5, 6:19
**case** [20] - 3:11, 4:25, 5:7, 5:14, 5:19, 5:21, 6:19, 9:25, 10:2, 10:3, 10:24, 13:6, 13:17, 13:19, 13:21, 13:22, 14:20, 14:24, 16:21
**cases** [5] - 4:24, 5:10, 6:8, 13:23, 14:3
**certainly** [2] - 3:19, 4:8
**Certiorari** [1] - 10:16
**challenge** [1] - 11:20
**chance** [2] - 16:4, 16:9
**character** [1] - 12:17
**Circuit** [4] - 9:25, 10:1, 10:14, 10:22
**cite** [1] - 10:2
**cited** [1] - 5:8
**citizen** [1] - 10:5
**civil** [13] - 4:23, 5:12, 5:14, 5:23, 6:8, 6:17, 9:8, 10:20, 11:3, 11:4, 13:12
**Civil** [4] - 8:18, 9:6, 9:11, 14:22
**civilly** [1] - 5:20
**claims** [1] - 13:23
**clarify** [1] - 13:19
**clear** [3] - 3:3, 7:17, 15:2
**code** [1] - 5:16
**colleague** [1] - 7:18
**coming** [1] - 9:19
**commence** [4] - 4:4, 6:12, 9:22, 12:1
**commenced** [15] - 3:14, 3:16, 3:18, 4:13, 5:2, 5:25, 6:2, 6:9, 7:22, 7:25, 8:13, 10:21, 13:9, 14:8, 15:18
**commencement** [2] - 6:20, 14:4
**comments** [1] - 13:4
**competent** [1] - 16:11
**Complaint** [20] - 2:22, 3:7, 3:8, 3:24, 5:2, 6:3, 6:10, 6:16, 6:24, 7:3, 7:11, 9:7, 11:17, 11:19, 11:24, 13:9, 13:24, 14:12, 14:13
**completely** [1] - 3:12
**Compliant** [1] - 8:18
**complied** [1] - 6:22
**components** [1] - 9:24
**concerns** [2] - 2:20, 15:22
**concluded** [1] - 17:15
**conflicts** [1] - 6:18
**consider** [1] - 11:22
**considers** [1] - 12:25
**consumer** [1] - 5:18
**contact** [1] - 4:17
**contest** [1] - 2:24
**contested** [1] - 4:16
**continue** [1] - 7:9
**contradicts** [1] - 14:13
**copy** [3] - 8:7, 8:9, 9:12
**Corporation** [1] - 5:6
**corporation** [1] - 9:5
**correct** [5] - 4:1, 5:21, 6:7, 10:2, 13:19
**counsel** [1] - 14:7
**course** [1] - 8:22
**court** [4] - 6:10, 9:23, 10:15, 13:13
**Court** [12] - 4:14, 4:19, 5:1, 5:9, 6:23, 7:9, 9:25, 10:14, 10:16, 10:22, 13:8, 15:20
**Court's** [3] - 2:20, 3:17, 11:14
**creates** [1] - 5:3
**criminal** [1] - 5:10
**criminally** [1] - 5:19
**curable** [1] - 4:3
**cure** [1] - 11:23
**cured** [4] - 3:24, 6:25, 7:11, 15:22

# D

**D.K** [2] - 6:19, 13:17
**Dakota** [1] - 2:5
**damages** [1] - 11:8
**date** [2] - 15:19, 16:24
**days** [1] - 8:25
**days'** [2] - 10:6, 10:11
**December** [1] - 12:2
**decides** [1] - 10:10
**decision** [1] - 16:2
**defect** [1] - 7:12
**defects** [1] - 6:25
**Defendant** [3] - 4:15, 9:23, 10:7
**Defendant's** [1] - 13:25
**Defendants** [1] - 10:12
**defense** [2] - 14:7, 15:5
**delivering** [1] - 9:12
**DEMPSEY** [9] - 2:11, 4:12, 5:18, 5:23, 6:8, 7:1, 7:9, 13:4, 14:24
**Dempsey** [4] - 2:11, 5:5, 13:3, 16:15
**determine** [1] - 15:8
**devil** [1] - 12:18
**Devitt** [1] - 13:22
**difference** [2] - 11:3, 11:6
**digital** [1] - 2:1
**directly** [1] - 5:13
**director** [1] - 9:15
**disagrees** [2] - 6:24, 10:14
**discussion** [1] - 14:14
**dismiss** [2] - 3:17, 11:15
**disregard** [1] - 12:24
**distinguish** [1] -

10:24
  **distinguishable** [1] - 5:16
  **done** [2] - 4:3, 14:18
  **down** [1] - 12:18
  **due** [5] - 8:22, 9:24, 11:24, 12:14, 14:4

### E

  **e-mail** [1] - 16:25
  **earliest** [1] - 11:14
  **early** [1] - 16:4
  **effect** [1] - 12:14
  **Eighth** [1] - 9:25
  **either** [2] - 5:8, 5:19
  **element** [1] - 8:22
  **emergency** [4] - 7:4, 12:5, 12:10, 12:14
  **emotion** [1] - 12:11
  **emotional** [1] - 12:3
  **end** [3] - 12:4, 12:17, 12:25
  **enforced** [1] - 12:22
  **enforcement** [3] - 4:23, 5:15, 14:21
  **enjoin** [1] - 10:6
  **entered** [1] - 14:17
  **enters** [1] - 10:15
  **entire** [1] - 8:5
  **entirely** [1] - 13:13
  **entity** [2] - 9:14, 9:15
  **equitable** [1] - 11:7
  **equity** [9] - 10:19, 11:1, 11:2, 11:3, 11:9, 11:10, 13:7, 13:10, 13:14
  **evidence** [1] - 12:9
  **exactly** [1] - 10:8
  **excludes** [1] - 6:15
  **existed** [2] - 3:25, 7:12
  **existing** [1] - 2:25
  **explain** [4] - 3:2, 3:15, 5:6, 5:16
  **explicitly** [3] - 6:15, 6:18, 14:12
  **extra** [1] - 8:7

### F

  **fact** [4] - 3:18, 11:2, 12:6, 12:7
  **falls** [1] - 13:11
  **far** [2] - 11:16, 12:13
  **February** [8] - 3:8, 8:1, 8:2, 9:17, 11:13, 11:14, 15:3, 15:19

  **federal** [1] - 14:15
  **file** [4] - 3:25, 7:14, 15:21
  **filed** [8] - 3:2, 6:16, 6:25, 9:9, 12:2, 14:12, 14:16, 17:1
  **files** [1] - 10:11
  **filing** [3] - 3:23, 6:17, 8:13
  **final** [1] - 10:18
  **finally** [4] - 9:16, 12:13, 14:6, 14:11
  **fine** [1] - 8:16
  **first** [3] - 4:4, 4:13, 4:14
  **follow** [1] - 14:22
  **following** [1] - 2:1
  **forward** [1] - 7:8
  **frame** [1] - 17:5
  **fundamental** [2] - 8:22, 9:24

### G

  **general** [2] - 13:12, 13:15
  **General** [5] - 2:13, 8:11, 14:17, 14:22
  **generally** [1] - 8:24
  **given** [1] - 10:7
  **grants** [1] - 10:16
  **guess** [1] - 16:25

### H

  **half** [1] - 12:8
  **handling** [2] - 16:6, 16:7
  **hard** [1] - 8:7
  **harm** [1] - 12:10
  **Hayes** [1] - 13:22
  **head** [3] - 9:15, 16:13, 16:14
  **Health** [1] - 2:7
  **health** [3] - 7:4, 12:5, 12:10
  **hear** [2] - 14:9, 17:10
  **hearing** [9] - 2:5, 2:19, 2:23, 4:20, 9:1, 10:8, 15:11, 15:14, 15:25
  **held** [1] - 6:10
  **help** [1] - 12:20
  **Honor** [10] - 2:11, 2:16, 3:1, 4:12, 10:13, 13:5, 15:9, 16:3, 16:17, 17:11
  **hook** [1] - 12:4

### I

  **idea** [1] - 4:9
  **ignore** [2] - 14:1, 14:2
  **ignores** [1] - 14:7
  **important** [1] - 13:7
  **inapplicable** [1] - 13:13
  **inaudible** [2] - 4:16, 14:11
  **including** [2] - 4:25, 6:3
  **Incorporated** [1] - 2:6
  **indeed** [1] - 11:9
  **indistinguishable** [1] - 11:11
  **injunction** [6] - 5:11, 7:5, 8:15, 11:9, 15:24, 16:21
  **institutes** [1] - 9:8
  **issued** [3] - 4:5, 11:16, 11:18
  **issues** [5] - 2:25, 3:25, 7:2, 16:8, 16:13

### J

  **JACKLEY** [2] - 16:16, 16:19
  **Jackley** [2] - 2:13, 16:18
  **Jake** [1] - 2:11
  **Jim** [1] - 2:16
  **Judicial** [1] - 10:1
  **jurisdiction** [12] - 2:25, 3:4, 4:15, 4:19, 4:20, 7:20, 9:23, 10:13, 10:22, 15:7, 15:20, 16:7
  **jurisdictional** [2] - 2:20, 3:24

### K

  **keep** [1] - 17:9
  **kind** [1] - 3:5

### L

  **laid** [3] - 4:13, 4:20, 4:24
  **language** [6] - 5:24, 13:7, 14:1, 14:6, 14:12
  **last** [1] - 12:18

  **late** [1] - 12:2
  **law** [5] - 11:7, 12:6, 12:21, 12:24, 14:20
  **lawsuit** [1] - 14:16
  **lays** [1] - 6:14
  **LEACH** [10] - 2:16, 3:1, 4:2, 7:17, 8:10, 15:9, 15:11, 15:14, 16:3, 17:11
  **leach** [1] - 7:16
  **Leach** [1] - 2:16
  **learned** [1] - 7:24
  **least** [3] - 3:12, 8:2, 8:25
  **legislature** [1] - 10:18
  **Lewis** [1] - 16:23
  **likened** [1] - 13:10
  **limited** [1] - 6:3
  **line** [1] - 11:12
  **LLC** [1] - 2:7
  **look** [3] - 9:2, 9:10, 12:19
  **looking** [2] - 4:8, 8:4
  **lost** [1] - 15:15
  **louder** [1] - 15:10

### M

  **mail** [1] - 16:25
  **maintain** [2] - 10:5, 10:19
  **Mandy** [1] - 2:14
  **manner** [3] - 8:14, 9:6, 11:25
  **market** [1] - 4:18
  **Marty** [1] - 2:13
  **matter** [1] - 6:7
  **Matter** [3] - 4:25, 6:4, 13:18
  **matters** [1] - 17:2
  **Mayday** [8] - 2:5, 2:6, 2:17, 2:22, 9:4, 17:1, 17:4
  **meaning** [1] - 13:11
  **means** [2] - 6:18, 13:11
  **meant** [1] - 10:20
  **Medicines** [1] - 2:6
  **mentioned** [1] - 10:3
  **merits** [3] - 3:16, 7:5, 7:23
  **method** [1] - 6:20
  **might** [1] - 17:8
  **Miiller** [1] - 2:14
  **mind** [1] - 17:9
  **moment** [1] - 15:16
  **Momentara** [1] - 2:7
  **Monday** [1] - 16:5

  **months** [1] - 12:8
  **moot** [1] - 7:2
  **most** [1] - 10:1
  **motion** [2] - 3:2, 10:11
  **motions** [1] - 11:21

### N

  **N.K** [2] - 13:18
  **N.W.2d** [1] - 5:7
  **name** [1] - 8:14
  **natural** [2] - 9:4, 9:5
  **nature** [1] - 5:10
  **necessary** [1] - 7:3
  **need** [4] - 11:4, 15:20, 17:6
  **neglect** [2] - 6:6, 13:20
  **never** [2] - 3:14, 9:17
  **new** [9] - 3:12, 3:18, 3:19, 3:21, 7:13, 11:16, 11:17, 15:21
  **next** [3] - 15:23, 16:4, 17:7
  **note** [2] - 14:9, 14:13
  **nothing** [1] - 14:18
  **notice** [13] - 2:21, 6:1, 6:14, 6:15, 8:21, 8:23, 9:18, 9:19, 10:7, 10:12, 14:8, 14:9
  **notices** [1] - 12:8
  **noting** [1] - 2:8
  **nuisance** [1] - 10:5
  **number** [1] - 15:21

### O

  **objected** [1] - 7:19
  **obviously** [2] - 9:5, 15:7
  **offered** [1] - 12:4
  **officer** [1] - 9:15
  **one** [4] - 7:17, 8:4, 8:8, 10:1
  **operating** [1] - 14:19
  **option** [2] - 3:17, 11:14
  **order** [2] - 14:16, 14:19
  **original** [1] - 11:25
  **own** [1] - 8:16

### P

  **papers** [1] - 3:10
  **paragraph** [1] - 10:18

**part** [2] - 8:17, 13:14
**parties** [2] - 5:8, 15:25
**partner** [1] - 9:14
**path** [1] - 7:8
**perhaps** [1] - 11:13
**permanent** [4] - 8:15, 15:24, 16:1, 16:20
**permits** [1] - 14:3
**person** [4] - 8:21, 9:3, 9:4, 9:6
**personal** [3] - 4:15, 4:19, 9:21
**personam** [1] - 7:20
**Petition** [2] - 13:20, 13:22
**place** [2] - 2:4, 4:13
**plain** [3] - 5:24, 14:1, 14:6
**play** [1] - 12:16
**pleading** [1] - 9:7
**point** [6] - 2:24, 5:13, 7:17, 7:21, 10:1, 15:6
**position** [4] - 3:22, 4:11, 5:17, 7:2
**possible** [1] - 3:20
**potential** [1] - 7:12
**pre** [1] - 4:20
**pre-hearing** [1] - 4:20
**preliminary** [2] - 15:25, 16:20
**prepared** [3] - 3:4, 8:6, 17:10
**present** [1] - 4:22
**president** [1] - 9:14
**presumably** [1] - 4:17
**pretty** [1] - 16:19
**Procedure** [4] - 8:18, 9:7, 9:11, 14:23
**procedure** [2] - 4:21, 13:12
**procedures** [1] - 8:17
**proceed** [3] - 3:18, 16:10, 16:12
**proceeding** [7] - 5:4, 5:12, 5:14, 6:17, 9:8, 12:1
**Proceedings** [1] - 17:15
**proceedings** [1] - 6:9
**proceeds** [1] - 3:19
**process** [8] - 8:22, 9:24, 11:24, 12:14, 13:15, 13:16, 14:3, 16:20

**proper** [6] - 7:25, 8:2, 8:3, 8:13, 9:18, 11:5
**properly** [5] - 3:14, 3:16, 4:6, 4:7, 4:13
**protection** [1] - 5:18
**provided** [1] - 9:6
**public** [3] - 7:4, 12:5, 12:10
**purportedly** [2] - 15:4, 15:18
**purpose** [3] - 2:19, 2:23, 12:24
**purposeful** [1] - 4:18
**pursuant** [2] - 5:12, 9:19
**put** [1] - 7:5

**Q**

**qualified** [1] - 16:12
**quote** [1] - 5:9

**R**

**Re** [1] - 6:5
**reach** [1] - 16:23
**read** [1] - 10:25
**ready** [1] - 17:6
**really** [1] - 4:16
**reason** [3] - 7:12, 7:21, 14:17
**reasoning** [1] - 14:2
**reasons** [1] - 3:15
**received** [1] - 3:10
**recently** [1] - 5:1
**recess** [1] - 17:14
**recognize** [2] - 12:22, 12:23
**recognized** [2] - 5:1, 5:9
**record** [4] - 2:4, 2:9, 7:14, 12:11
**recording** [1] - 2:2
**referenced** [1] - 13:17
**regarding** [3] - 4:16, 4:22, 13:6
**registered** [1] - 9:15
**regular** [1] - 5:14
**relief** [2] - 8:24, 10:15
**reminded** [1] - 12:14
**rendered** [1] - 7:2
**reply** [2] - 4:24, 17:4
**representing** [1] - 2:12
**respect** [3] - 3:20,

12:7
**respond** [2] - 7:16, 16:16
**response** [5] - 13:3, 13:5, 16:15, 17:3
**rested** [1] - 8:5
**restrain** [1] - 8:15
**restraining** [1] - 14:16
**reversed** [1] - 10:23
**revocable** [1] - 13:21
**rights** [4] - 11:18, 11:20, 15:5
**rule** [2] - 8:16
**Rules** [4] - 8:17, 9:6, 9:10, 14:22
**ruling** [1] - 15:17

**S**

**schedule** [1] - 15:24
**scheduled** [1] - 2:4
**scheduling** [1] - 15:23
**SDCL** [1] - 5:12
**see** [1] - 5:14
**seeking** [1] - 11:9
**sense** [1] - 9:20
**separately** [1] - 16:1
**served** [8] - 2:21, 3:8, 4:6, 4:7, 8:24, 9:12, 11:17, 15:7
**service** [9] - 7:25, 8:2, 8:3, 9:18, 9:22, 10:21, 11:5, 11:13, 11:20
**serving** [1] - 8:13
**several** [1] - 13:4
**shall** [5] - 8:23, 8:24, 9:12, 10:7, 10:20
**small** [1] - 13:23
**sole** [1] - 10:25
**solely** [1] - 12:24
**soon** [1] - 16:1
**sorry** [2] - 10:15, 12:15
**sort** [1] - 12:3
**sought** [1] - 8:24
**sounds** [1] - 8:11
**South** [1] - 2:5
**special** [5] - 4:23, 5:15, 6:12, 6:20, 13:15
**specially** [1] - 2:16
**specifically** [1] - 14:25
**standard** [1] - 6:2
**stands** [1] - 5:22
**start** [4] - 2:8, 2:9,

3:12, 15:21
**started** [6] - 3:25, 6:17, 13:20, 13:21, 13:23, 15:3
**starts** [1] - 8:18
**State** [16] - 2:5, 2:10, 2:12, 2:21, 5:6, 5:11, 6:21, 8:8, 8:14, 9:16, 12:4, 12:25, 16:4, 16:10, 16:21, 17:3
**state** [3] - 8:23, 8:24, 10:15
**State's** [7] - 4:11, 7:1, 8:5, 10:5, 10:10, 10:19, 10:24
**statute** [14] - 5:3, 5:19, 5:24, 6:4, 6:11, 6:18, 8:6, 10:4, 10:8, 11:1, 13:7, 14:1, 14:3, 14:5
**statutes** [2] - 9:20, 13:12
**statutory** [2] - 6:20, 13:15
**stay** [1] - 7:13
**still** [3] - 2:24, 15:4, 15:5
**stipulation** [1] - 3:6
**stop** [1] - 7:5
**straight** [1] - 9:11
**straightforward** [2] - 16:19, 16:20
**sub** [1] - 6:16
**subparagraph** [1] - 9:13
**subsection** [1] - 9:3
**substantive** [2] - 16:7, 17:2
**suggestion** [1] - 7:8
**Summons** [30] - 2:22, 3:7, 3:8, 3:23, 4:5, 4:7, 5:2, 6:2, 6:9, 6:24, 7:3, 7:11, 7:25, 8:1, 8:14, 8:19, 9:12, 9:22, 10:14, 10:17, 10:21, 10:22, 11:4, 11:12, 11:16, 11:19, 11:24, 13:9, 13:24
**supported** [1] - 12:11
**Supreme** [3] - 4:25, 5:9, 10:16

**T**

**temporary** [1] - 8:15
**theory** [1] - 8:5
**thereof** [2] - 9:13, 9:16

**they've** [1] - 16:8
**Thomas** [3] - 12:15, 12:16, 12:17
**three** [3] - 8:25, 10:6, 10:11
**timing** [1] - 15:23
**today** [3] - 2:19, 2:23, 16:12
**transcribed** [1] - 2:1
**transparently** [1] - 7:22
**trial** [5] - 15:24, 16:21, 16:24, 17:3, 17:7
**trust** [1] - 13:21
**turned** [1] - 12:19
**two** [1] - 12:8

**U**

**under** [10] - 4:23, 5:10, 5:18, 6:19, 6:20, 9:3, 13:11, 14:4, 14:19
**unless** [1] - 3:5

**V**

**vacated** [1] - 10:23
**valid** [1] - 7:10

**W**

**walk** [1] - 8:6
**wall** [1] - 12:18
**ways** [1] - 6:2
**Wednesday** [1] - 2:21
**week** [4] - 6:25, 16:5, 17:7, 17:8
**western** [1] - 5:6
**whereas** [1] - 11:1
**wish** [1] - 15:25
**wondering** [1] - 2:23
**words** [1] - 5:15
**Writ** [1] - 10:16
**writing** [2] - 10:7, 10:12
**written** [1] - 12:16
**wrote** [1] - 12:15

**Y**

**year** [1] - 15:19
**yesterday** [1] - 3:10