UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAYDAY HEALTH, | : |
| Plaintiff, | : Case No. 1:26-cv-00078-KPF |
| v. | : |
| MARTY J. JACKLEY, Attorney General of South Dakota, in his official capacity, | : |
| Defendant. | : |

---

## NOTICE OF SETTLEMENT AND MUTUAL RELEASE

The Parties have reached an agreement to resolve this dispute and withdraw their claims against one another pending in this Court and the trial court in South Dakota. With the consent of Defendant, Plaintiff Mayday Health will concurrently file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.


Dated: Los Angeles, CA
March 6, 2026

                                      Respectfully submitted,

                                      */s/   Adam S. Sieff*
                                             Adam S. Sieff

Adam S. Sieff (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
213.663.6800 (tel)
adamsieff@dwt.com

*Attorney for Plaintiff Mayday Health*