UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MAYDAY HEALTH,

                Plaintiff,

   v.

MARTY J. JACKLEY, Attorney General of South Dakota, in his official capacity,

                Defendant.

---------------------------------------------------------------- x

Case No. 1:26-cv-00078-KPF

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mayday Health hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, and without fees and costs against Defendant Marty J. Jackley. Defendant, who has filed an Answer (ECF No. 34), consents to the dismissal of this action.

Dated: Los Angeles, CA
March 6, 2026

                                                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Amanda Miiller* (with permission) | */s/ Adam S. Sieff* |
| Amanda Miiller | Adam S. Sieff (*pro hac vice*) |
| OFFICE OF THE ATTORNEY GENERAL | DAVIS WRIGHT TREMAINE LLP |
| 1302 East SD Highway 1889, Suite 1 | 350 South Grand Avenue, 27th Floor |
| Pierre, South Dakota 57501 | Los Angeles, California 90071-3487 |
| 605.773.3215 (tel) | 213.663.6800 (tel) |
| amanda.miiller@state.sd.us | adamsieff@dwt.com |
| *Attorney for Defendant Marty J. Jackley* | *Attorney for Plaintiff Mayday Health* |